Case No. **CV 16-8569-JFW(Ex)**  Date: July 2, 2018

Title: Ya-May Christle -v- City of Arcadia, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS (IN CHAMBERS): **ORDER GRANTING REQUEST FOR DISMISSAL OF FIRST CAUSE OF ACTION FOR UNCONSTITUTIONAL SEIZURE [42 U.S.C § 1983 & U.S. CONSTITUTION, 4TH A& 14TH AMENDMENTS] AND REQUEST TO REMAND TO STATE COURT [filed 6/29/2018; Docket No. 49]**

On June 29, 2018, Plaintiff Ya May Christle ("Plaintiff") filed a Request for Dismissal of First Cause of Action for Unconstitutional Seizure [42 U.S.C § 1983 & U.S. Constitution, 4th & 14th Amendments] and Request to Remand to State Court ("Request").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving papers, and the arguments therein, the Court rules as follows:

Plaintiff's Request is **GRANTED**.  Plaintiff's first cause of action for Unconstitutional Seizure: Violation of 42 U.S.C. § 1983 & U.S. Constitution 4th and 14th Amendments is **DISMISSED without prejudice**.  Because Plaintiff's remaining claims are state law claims, this Court no longer has original jurisdiction over the action.  After considering the values of economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3).  Accordingly, this action is hereby **REMANDED** to Los Angeles Superior Court.

IT IS SO ORDERED.